IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 23-cv-02681-STV  
Courtroom Deputy: Monique Ortiz

Date: November 9, 2023  
FTR – Reporter Deck-Courtroom A402

*Parties:*

ELIZABETH JORDAN

   Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

   Defendant.

*Counsel:*

Aaron Slade

Andrew Soler

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**Court in session:**   11:16 a.m.
Court calls case. Appearances of counsel.

This matter is before the court for a status of the case. Counsel informs the court that it looks like they will be able to resolve this matter without court intervention.

For the reasons stated on the record, it is:

**ORDERED:**   The parties shall file a Status Report with the court on or before February 7, 2024.

HEARING CONCLUDED.
**Court in recess:**   11:17 a.m.
Total time in court:   00:01

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.